# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISA U.S.A.INC., <br>     Plaintiff, <br><br> v. <br><br> AUDIENCE INDENTIFICATION <br>     Defendant. <br> _____/ | No. C 09-01176 SI <br><br> **PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 6, 2009 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is March 5, 2010.

DESIGNATION OF EXPERTS: 1/15/10; REBUTTAL: 1/29/10.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is March 5, 2010.

DISPOSITIVE MOTIONS **SHALL** be filed by April 2, 2010;

    Opp. Due April 16, 2010; Reply Due April 23, 2010;

    and set for hearing no later than May 7, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: June 15, 2010 at 3:30 PM.

JURY TRIAL DATE: June 28, 2010 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 8 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

Defendant shall respond to the amended complaint by July 30, 2009. Defendant may add a third party to this case.

Counsel shall file a proposed protective order by July 17, 2009.

The parties shall participate in a private mediation session by the end of October 2009.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                                          SUSAN ILLSTON
                                                          United States District Judge