1   Robert Holtzapple (State Bar No. 145954)
    bholtzapple@fbm.com
2   Eugene Y. Mar (State Bar No. 227071)
    emar@fbm.com
3   Farella Braun & Martel LLP
    235 Montgomery Street, 17th Floor
4   San Francisco, CA  94104
    Telephone:  (415) 954-4400
5   Facsimile:  (415) 954-4480

6   Attorneys for Plaintiff
    VISA U.S.A. INC.
7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  VISA U.S.A. INC.,                        Case No.  CV 09 1176 SI

13              Plaintiff,                    **STIPULATED REQUEST TO EXTEND
                                              TIME FOR MEDIATION AND
14          vs.                               [PROPOSED] ORDER**

15  AUDIENCE IDENTIFICATION INC.,             The Honorable Susan Illston

16              Defendant & Third-            Trial Date: June 28, 2010
                Party Plaintiff.
17

18          vs.

19  U.S. BANK NATIONAL ASSOCIATION,

20              Third-Party Defendant.

21          Plaintiff VISA U.S.A. INC. ("Visa") and Defendant AUDIENCE IDENTIFICATION

22  INC. ("AII") respectfully submit the following stipulated request:

23          WHEREAS, on June 25, 2009, this Court referred the parties to mediation to be conducted

24  by September 16, 2009;

25          WHEREAS, on August 7, 2009, the Court-appointed mediator, Mr. C. Delos Putz,

26  conducted a teleconference with the parties to discuss mediation dates where the parties and Mr.

27  Putz were unable to agree on a mutually available date for mediation on or before September 16,

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor      STIPULATION AND [PROPOSED] ORDER
San Francisco, CA  94104              Case No. CV 09 1176  SI                              23422\1958255.2
(415) 954-4400

1    2009;

2          WHEREAS, the mediator informed the parties he would select September 16, 2009 as the

3    proposed mediation date with the understanding that the parties would try to select a mutually

4    available date and petition this Court for an extension in time;

5          WHEREAS, lead counsel for Visa has a multi-day arbitration during the week of August

6    31, 2009 and a long-planned vacation during the week of September 14, 2009;

7          WHEREAS, lead counsel for Aii has a long-planned medical procedure scheduled for

8    September 16, 2009 and has a 4-week arbitration set to begin on September 21, 2009;

9          WHEREAS, the parties have agreed with Mr. Putz to hold a mediation session on October

10   23, 2009, starting at 9:00 am;

11         WHEREAS, the parties and any insurer representatives are required to attend the

12   mediation in person pursuant ADR L-R 6-9 and will not further delay the mediation date absent

13   an unforeseen and exceptional circumstance and a showing of good cause;

14         WHEREAS, the parties have agreed, that if Aii counsel's 4-week arbitration is resolved

15   prior to the end of the arbitration proceeding, Visa and Aii will meet and confer to schedule an

16   earlier mediation session with Mr. Putz;

17         WHEREAS, an extension in time to conduct the mediation by the end of October 2009

18   does not affect the case schedule;

19         THEREFORE, the parties respectfully request that the Court grant an extension until

20   October 30, 2009, for the parties to conduct a mediation pursuant to ADR L-R 6.

21

22   DATED:  September 3, 2009.                    FARELLA BRAUN & MARTEL LLP

23

24                                               By:  /s/ Eugene Mar
                                                        Eugene Mar
25
                                                 Attorneys for Plaintiff
26                                               VISA U.S.A. INC.

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
Case No. CV 09 1176  SI                    - 2 -

23422\1958255.2

DATED:  September 3, 2009.                    FARBSTEIN & BLACKMAN, APC


                                              By: /s/ John Blackman
                                                        John S. Blackman

                                              Attorneys for Defendant
                                              AUDIENCE IDENTIFICATION INC.


        1.      The stipulating parties shall appear October 23, 2009 to conduct a mediation

pursuant to ADR L-R 6.

        2.      The stipulating parties, their counsel and the insurer representatives are required to

attend the mediation in person pursuant ADR L-R 6-9.

        3.      The mediation date will not be further delayed absent an unforeseen and

exceptional circumstance and a showing of good cause.


Dated:  _____          _____

                                              The Honorable Susan Illston

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
Case No. CV 09 1176  SI                        - 3 -

23422\1958255.2