Donald P. Rubenstein (SBN 121034)
Email: drubenstein@reedsmith.com
Jennifer J. Brady (SBN 233440)
Email: jbrady@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:     +1 415 543 8700
Facsimile:      +1 415 391 8269

Attorneys for Third-Party Defendant
U.S. Bank National Association

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VISA U.S.A. INC., <br><br> Plaintiff, <br><br> vs. <br><br> AUDIENCE IDENTIFICATION INC., <br><br> Defendant - Third-Party Plaintiff, <br><br> vs. <br><br> U.S. BANK NATIONAL ASSOCIATION, <br><br> Third-Party Defendant. | Case No. CV 09 1176 SI <br><br> **STIPULATION TO EXTEND TIME FOR THIRD-PARTY DEFENDANT TO FILE RESPONSIVE PLEADING TO THIRD-PARTY COMPLAINT** <br><br> Compl. Filed:   March 17, 2009 <br> Trial Date:       June 28, 2010 <br><br> The Honorable Susan Illston |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## STIPULATION

WHEREAS:

Defendant and Third-Party Plaintiff Audience Identification, Inc. filed its Third-Party Complaint against Third-Party Defendant U.S. Bank National Association on July 29, 2009.

U.S. Bank National Association was served with the Third-Party Complaint and Summons on August 24, 2009.

Third-Party Defendant's responsive pleading has been calendared as being due to be filed on September 14, 2009.

The parties hereto desire to extend the time in which Third-Party Defendant would otherwise have to respond to the Third-Party Complaint in order to attempt to negotiate a settlement of all or as many of the claims in the Third-Party Complaint as possible before U.S. Bank National Association has to file a responsive pleading;

THEREFORE, all named parties herein, by and through their respective attorneys of records hereby stipulate as follows:

1. Third-Party Defendant U.S. Bank National Association time to file a responsive pleading to Audience Identification, Inc.'s Third-Party Complaint is hereby extended to November 3, 2009.

2. All other dates and deadlines set by the court and/or as triggered by the filing of this complaint pursuant to Federal Rules of Civil Procedure and Local Rules shall remain as currently set.

DATED: September 4, 2009.

FARELLA BRAUN & MARTEL LLP

By /s/ Eugene Y. Mar
  Eugene Y. Mar
  Attorneys for Plaintiff
  Visa U.S.A., Inc.

DATED: September 4, 2009.

FARBSTEIN & BLACKMAN LLP

By /s/ John S. Blackman
    John S. Blackman
    Attorneys for Defendant and Third-Party
    Plaintiff Audience Identification, Inc.

DATED: September 4, 2009.

REED SMITH LLP

By /s/ Jennifer J. Brady
    Donald P. Rubenstein
    Jennifer J. Brady
    Attorneys for Third-Party Defendant
    U.S. Bank

IT IS SO ORDERED:

Dated:_____

_____
The Honorable Susan Illston
United States District Court Judge

**CERTIFICATION**

I hereby attest that concurrence in the filing of this document has been obtained by the above named signatories.

DATED: September 4, 2009.

        REED SMITH LLP

        By /s/ Jennifer J. Brady
           Donald P. Rubenstein
           Jennifer J. Brady
           Attorneys for Third-Party Defendant
           U.S. Bank National Association