IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISA U.S.A. INC., | No. C 09-01176 SI |
| Plaintiff, | **ORDER MODIFYING DISCOVERY ORDER (Docket No. 52)** |
| v. | |
| AUDIENCE IDENTIFICATION INC., | |
| Defendant. | |

On February 2, 2010, the Court issued an order directing defendant Aii to produce a Rule 30(b)(6) deponent no later than February 19, 2010, and stating that production of the "records of the 100,000 account holders in dispute are largely unrelated to the topics on which Visa seeks to depose Aii." Feb. 2, 2010 Order (Docket No. 52). After conferring with the parties at the Case Management Conference on February 4 and reviewing the parties' supplemental letter briefs, the Court is now of the view that Aii's 30(b)(6) designee will not be able to testify fully on all the designated topics without the benefit of the records sought from Visa. Accordingly, the Court hereby modifies its February 2, 2010 order as follows:

Aii shall produce its 30(b)(6) representative for an initial deposition of no more than four hours by February 26, 2010. Any continued deposition of Aii's representative shall take place after discovery of the records sought from Visa.

**IT IS SO ORDERED.**

Dated: February 12, 2010

SUSAN ILLSTON
United States District Judge