1 | JOHN S. BLACKMAN (SB#114654)
    DONALD F. FARBSTEIN (SB#23113)
2 | FARBSTEIN & BLACKMAN
    A Professional Corporation
3 | 411 Borel Avenue, Suite 425
    San Mateo, California  94402-3518
4 |
5 | Telephone: (650) 554-6200
    Facsimile: (650) 554-6240
6 | Attorneys for Defendant and Third-Party Plaintiff
    AUDIENCE IDENTIFICATION, INC.
7 |
8 | UNITED STATES DISTRICT COURT
9 | NORTHERN DISTRICT OF CALIFORNIA
10 |
11 | VISA U.S.A. INC.,                        ) CASE NO. CV 09 1176 SI
12 |       Plaintiff,                         )
13 | vs.                                      ) STIPULATION AND [PROPOSED]
                                              ) ORDER RE EXTENSION OF TIME
14 | AUDIENCE IDENTIFICATION INC.,            ) RE: EXCHANGE OF EXPERT
                                              ) WITNESS DESIGNATIONS
15 |       Defendant, Third-party plaintiff   )
16 | _____          )
17 | AUDIENCE IDENTIFICATION INC.,            )
18 |       Third-Party Plaintiff              )
19 | vs.                                      )
20 | U. S. BANK, NATIONAL                     )
     ASSOCIATION,                             )
21 |                                          ) Complaint Filed: March 17, 2009
         Third-party defendant.               ) Trial Date: September 13, 2010
22 | _____
23 |
24 |                    STIPULATION
25 |
26 |       WHEREAS,
27 |       A. The above-captioned matter is currently set for trial on September 13, 2010;
28 |

                                           1  _____
                                              STIPULATION AND [PROPOSED] ORDER RE
                                              EXTENSION OF TIME RE: EXCHANGE OF
                                              EXPERT WITNESS DESIGNATIONS

B. The current date for the exchange of expert witness disclosures is April 30, 2010, as set forth in Judge Illston's pre-trial order of February 8, 2010 [Doc 54];

C. The current date for the disclosure of rebuttal expert witnesses is May 17, 2010, as set forth in Judge Illston's pre-trial order of February 8, 2010 [Doc 54];

D. The parties herein are still engaged in depositions of parties and percipient witnesses, and discovery regarding the electronically stored evidence which is the subject of this case, and the parties wish to complete this discovery before they have to retain and disclose their experts;

THEREFORE, all named parties herein, by and through their respective attorneys of records, hereby stipulate and request the Court to order as follows:

1. That the deadline for the exchange of expert witness designations shall be extended to and including May 17, 2010.

2. That the deadline for exchange of rebuttal expert witness designations shall be extended to June 1, 2010.

3. All other dates and deadlines set by the court and/or as triggered by the filing of this complaint pursuant to Federal Rules of Civil Procedure and Local Rules shall not be affected by this extension of time to designate expert witnesses.

Dated: April 19, 2010

        FARBSTEIN & BLACKMAN
        A Professional Corporation

        //s//
        _____
        JOHN S. BLACKMAN[1]
        Attorneys for Defendant and
        Third-Party Plaintiff

---

[1] As the e-filer, I attest that each of the signatories hereto has concurred in the filing of this document.

2
STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME RE: EXCHANGE OF EXPERT WITNESS DESIGNATIONS

Dated: April 19, 2010                              FARELLA BRAUN & MARTEL, LLP

                                                   //s//
                                                   _____
                                                   EUGENE Y. MAR
                                                   Attorneys for Plaintiff

Dated: April 19, 2010                              REED SMITH, LLP

                                                   //s//
                                                   _____
                                                   DAVID REIDY
                                                   Attorneys for Third-Party Defendant

## ORDER

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

DATED:_____                 _____
                                   HONORABLE SUSAN ILLSTON
                                   UNITED STATES DISTRICT COURT JUDGE

3

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME RE: EXCHANGE OF EXPERT WITNESS DESIGNATIONS

**PROOF OF SERVICE**
<u>VISA U.S.A., INC. V. AUDIENCE IDENTIFICATION, INC.</u>
United States District Court, Northern District of California Case no. CV 09 1176 SI

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is 411 Borel Avenue, Suite 425, San Mateo, California 94402-3518. My electronic notification address is stf@farbstein.com. On April 19, 2010, I served the following document(s):

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME RE: EXCHANGE AND REBUTTAL OF EXPERT WITNESS DESIGNATIONS

on the following person(s) by the method(s) indicated below:

Robert Holtzapple, Esq.
Eugene Mar, Esq.
Farella Braun + Martel LLP
Russ Building
235 Montgomery Street, 17th floor
San Francisco, California 94104

Donald Rubenstein, Esq.
David Reidy, Esq.
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659

[ ]  by transmitting via facsimile on this date from fax number (650) 554-6240 the document(s) listed above to the fax number(s) set forth herein. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report is attached to this proof of service. Service by fax was made by agreement of the parties confirmed in writing.

[X]  by placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid, for deposit in the United States mail at San Mateo, California addressed as set forth herein. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid in the ordinary course of business.

[X]  by transmitting the document(s) listed above via the Court's ECF system to the persons at the email address(es) set forth herein. The transmission was completed before 5:00 p.m. and was reported complete and without error.

I declare under penalty of perjury under the laws of the United States and the State of California that the above is true and correct. Executed at San Mateo, California, on April 19, 2010.

//s//
_____
SUZANNE T. FARBSTEIN

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME RE: EXCHANGE OF EXPERT WITNESS DESIGNATIONS