| | |
|---|---|
| Robert C. Holtzapple (State Bar No. 145954)<br>bholtzapple@fbm.com<br>Eugene Y. Mar (State Bar No. 227071)<br>emar@fbm.com<br>Farella Braun & Martel LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA  94104<br>Telephone:  (415) 954-4400<br>Facsimile:  (415) 954-4480<br><br>Attorneys for Plaintiff<br>VISA U.S.A. INC. | John S. Blackman (State Bar No. 114654)<br>jsb@farbstein.com<br>Farbstein & Blackman, APC<br>411 Borel Avenue, Suite 425<br>San Mateo, CA 94402-3518<br>Tel:  650-554-6200<br>Fax:  650-554-6240<br><br>Attorneys for Defendant<br>AUDIENCE IDENTIFICATION INC. |

Donald P. Rubenstein (State Bar No. 121034)
drubenstein@reedsmith.com
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:  (415) 543-8700
Facsimile:  (415) 391-8269

Attorneys for Third-Party Defendant
U.S. BANK NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VISA U.S.A. INC.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>AUDIENCE IDENTIFICATION INC.,<br><br>　　　　　Defendant & Third-Party Plaintiff.<br><br>　　vs.<br><br>U.S. BANK NATIONAL ASSOCIATION,<br><br>　　　　　Third-Party Defendant. | Case No.  CV 09 1176 SI<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE**<br><br>The Honorable Susan Illston |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE
Case No. CV 09 1176 SI

23422\2303676.1

1   Plaintiff Visa U.S.A. Inc. ("Visa"), Defendant Audience Identification Inc. ("Aii"), and
2   Third-Party Defendant U.S. Bank National Association ("U.S. Bank") have resolved the issues
3   between them arising from the above-entitled action and have entered into a binding settlement
4   agreement without any admissions whatsoever.  On June 26, 2010, this Court dismissed this case
5   without prejudice.  Each of the parties hereby stipulate and agree through their respective counsel
6   to dismiss the present action with prejudice pursuant to Federal Rules of Civil Procedure
7   41(a)(1)(A)(ii) with each party to bear its own costs, attorneys' fees and other expenses arising
8   from or relating to this litigation.

10  DATED:  July 2, 2010                              FARELLA BRAUN & MARTEL LLP

11  I represent that concurrence in the filing of this
    document has been obtained from each of the
12  other signatories which shall serve in lieu of    By:   /s/
    their signatures on this document.                      Eugene Mar
13
                                                      Attorneys for Plaintiff
14                                                    VISA U.S.A. INC.

15  DATED:  July 2, 2010                              FARBSTEIN & BLACKMAN, APC

18                                                    By:   /s/
                                                            John S. Blackman
19                                                    Attorneys for Defendant
                                                      AUDIENCE IDENTIFICATION INC.
20

21  DATED:  July 2, 2010                              REED SMITH LLP

23                                                    By:   /s/
                                                            Don Rubenstein
24
25                                                    Attorneys for Third-Party Defendant
                                                      U.S. BANK NATIONAL ASSOCIATION

**IT IS SO ORDERED**
Judge Susan Illston
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATED REQUEST FOR DISMISSAL
WITH PREJUDICE                    - 2 -                                           23422\2303676.1
Case No. CV 09 1176 SI